IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

FILED IN OPEN COURT
JAN 2 6 2012
CLERK, U.S. DISTRICT COURT
ALEXANDRIA, VIRGINIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CRIMINAL NO. 1:12cr27 (GBL) |
| | ) | |
| v. | ) | Count 1: 18 U.S.C. § 1361 |
| | ) | Injury to property of the United States by shooting |
| YONATHAN MELAKU, | ) | with a firearm and causing damage in excess of |
| | ) | $1,000 |
| Defendant. | ) | |
| | ) | Count 2: 18 U.S.C. § 924(c)(1)(A) |
| | ) | Using, carrying and discharging a firearm during and |
| | ) | in relation to a crime of violence |
| | ) | |
| | ) | Count 3: 18 U.S.C. § 1369 |
| | ) | Attempted injury to veterans' memorials on property |
| | ) | of the United States |

CRIMINAL INFORMATION

COUNT ONE

(Injury to Property of the United States by Shooting with a Firearm)

THE UNITED STATES ATTORNEY CHARGES THAT:

On or about October 19, 2010, in Arlington County, Virginia, within the Eastern District of Virginia, defendant YONATHAN MELAKU did unlawfully, knowingly and willfully injure property of the United States by shooting at the Pentagon, causing damage in excess of $1,000.

(In violation of Title 18, United States Code, Section 1361).

## COUNT TWO

(Using and Discharging a Firearm During and in Relation to a Crime of Violence)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about October 19, 2010, in Arlington County, Virginia, within the Eastern District of Virginia, defendant YONATHAN MELAKU did unlawfully and knowingly use and carry a firearm during and in relation to a crime of violence for which he may be prosecuted in a court of the United States, to wit: the offense charged in Count One of this Information, and in the course of such conduct did discharge said firearm.

(In violation of Title 18, United States Code, Section 924(c)(1)(A).)

## COUNT THREE

(Attempted Injury to Veterans' Memorials on Property of the United States)

THE UNITED STATES ATTORNEY FURTHER CHARGES THAT:

On or about June 17, 2011, in Arlington County, Virginia, within the Eastern District of Virginia, defendant YONATHAN MELAKU did unlawfully, knowingly and willfully attempt to injure and destroy a structure or other monument on public property commemorating the service of persons in the armed services of the United States, to wit: grave markers located within Arlington National Cemetery, said property having been owned by, or under the jurisdiction of, the Federal Government.

(In violation of Title 18, United States Code, Section 1369).

Neil H. MacBride
United States Attorney

By: *[signature]*
Lynn E. Haaland
Assistant United States Attorney

*[signature]*
W. Neil Hammerstrom, Jr.
Assistant United States Attorney