IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>YONATHAN MELAKU,<br><br>Defendant. | No. 1:12-cr-027 (RDA) |

**STATUS REPORT**

The United States hereby submits this Status Report regarding the Court-ordered competency evaluation of the defendant.

1. The United States has executed a contract with Dr. Chinmoy Gulrajani, a board-certified psychiatrist with a subspecialty in forensic psychiatry, to evaluate the defendant.

2. The United States has provided Dr. Gulrajani with the Court's Order directing that the defendant be evaluated to determine whether he is competent to be re-sentenced along with all relevant court records in this case. The government has also provided Dr. Gulrajani with the BOP Mental Health Evaluation Report previously filed with the Court as well as the defendant's BOP medical and psychological records.

3. Dr. Gulrajani has advised counsel for the government that he plans to schedule an in-person evaluation of the defendant at FMC Rochester by mid-April. Dr. Gulrajani expects to be able to complete a report of his evaluation of the defendant by the end of April.

If there are any changes to this schedule, the United States shall promptly notify the Court.

                                                                Respectfully submitted,

                                                                Jessica D. Aber
                                                                United States Attorney

By:              /s/
                                                                 James L. Trump
                                                                Assistant United States Attorney

**CERTIFICATE OF SERVICE**

I hereby certify that on March 20, 2023, I caused the foregoing pleading to be sent electronically to counsel of record through the Court's ECF system.

/s/
James L. Trump
Assistant United States Attorney
United States Attorney's Office
2100 Jamieson Avenue
Alexandria, VA 22314
703-299-3726
jim.trump@usdoj.gov